IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00591-AP

KELLY ENGEL,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel, Esq.<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449-6503<br>Fax: (720) 214-1836<br>E mail: chrisnoel@noelaw.com | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A.   Date Complaint Was Filed:  3/21/08.
   B.   Date Complaint Was Served on U.S. Attorney's Office:  3/25/08
   C.   Date Answer and Administrative Record Were Filed:  5/28/08.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims. Plaintiff's counsel's scheduling conflicts in September 2008 necessitate the parties' proposed briefing dates at paragraph 8, below.

**Defendant states:** This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE** (both parties agree)

   A.   **Plaintiff's Opening Brief Due: 7/30/08**
   B.   **Defendant's Response Brief Due: 9/10/08**
   C.   **Plaintiff's Reply Brief Due: 9/30/08**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
   B.   **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.   **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>13th</u> day of <u>June</u>, 2008.

                                        BY THE COURT:


                                        <u>*S/John L. Kane*            </u>
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel 6/13/08<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Kelly Engel | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Debra J. Meachum 6/13/08<br>By: DEBRA J. MEACHUM<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |