IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00591-RPM

KELLY ENGEL,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

Pursuant to the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [22] filed on October 23, 2009, it is

ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for his attorney Chris R. Noel in the amount of $5,500.00, made payable to Plaintiff and mailed to plaintiff's counsel.

DATED:   October 28th, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge